IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INC.,

    Plaintiff,

v.

ACCOLADIAN RESOURCES LLC,
VERN CAMERON, an individual and
d/b/a ACCOLADIAN RESOURCES,
www.accoladians.com, and
www.accoladian.com, and DOES 1–10,
inclusive,

    Defendant.
    /

No. C 14-00388 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** plaintiff's request to continue the case management conference for six weeks.

**IT IS SO ORDERED.**

Dated: April 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE