IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INC., | No. C 14-00388 WHA |
| Plaintiff, | |
| v. | |
| ACCOLADIAN RESOURCES LLC, VERN CAMERON, an individual and d/b/a ACCOLADIAN RESOURCES, www.accoladians.com, and www.accoladian.com, and DOES 1–10, inclusive, | **NOTICE RE CIVIL LOCAL RULE 3-9** |
| Defendants. / | |

     In January 2014, plaintiff Adobe Systems Inc. filed a complaint alleging copyright and trademark infringement. After experiencing some service issues, the parties now represent that "[a]ll named parties have been served" (Dkt. No. 28).

     On May 20, the parties represented that "Defendants have retained settlement counsel in an attempt to resolve this matter at this early stage" (Dkt. No. 25). In their joint case management conference statement, dated June 12, the parties stated that they anticipate filing dispositive motions (Dkt. No. 28).

     No attorney has appeared on behalf of defendant Accoladian Resources LLC. The joint statement bears the signature of "Vern Cameron, Defendant, *in pro se*" for defendant Accoladian Resources LLC. He also represents himself *pro se*. The proof of service states that a "*Courtesy*

*Copy*" was sent to "Tiffany J. Brown, Esq.," located in Miramar, Florida. Attorney Brown has not noticed an appearance or filed a *pro hac vice* application in this action.

Defendants should be aware that Civil Local Rule 3-9 states:

> (a) Natural Person Appearing Pro Se. *Any party representing him or herself without an attorney must appear personally* and may not delegate that duty to any other person who is not a member of the bar of this Court. A person representing him or herself without an attorney is bound by the Federal Rules, as well as by all applicable local rules. Sanctions (including default or dismissal) may be imposed for failure to comply with local rules.
>
> (b) Corporation or Other Entity. *A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court*.

Defendant Accoladian Resources LLC may appear only through a member of the bar of this Court. Individual defendant Vern Cameron may appear *pro se*.

Moreover, please be aware that the undersigned judge's courtroom is not configured for telephonic appearances. This means that all parties must appear in person at the scheduled time. A May 21 order granted a three-week continuance of the initial case management conference to **JUNE 19, 2014, AT 11:00 A.M.** Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. The order stated: "there will be no further continuances" (Dkt. No. 26).

Plaintiff shall promptly serve defendants with a copy of this notice.

Dated: June 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2