IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INC,

    Plaintiff,

v.

ACCOLADIAN RESOURCES, LLC; VERN CAMERON, an individual and dba ACCOLADIAN RESOURCES, WWW.ACCOLADIANS.COM, and WWW.ACCOLADIAN.COM, and DOES 1–10, inclusive,

    Defendants.

                                                /

No. C 14-00388 WHA

**REQUEST RE BANKRUPTCY NOTICE**

On August 7, defendants filed a notice stating that "one or both of the Defendants properly named in this action, Vern Cameron and/or Accoladian Resources, LLC have commenced a Bankruptcy Proceeding under Chapter 7" (Dkt. No. 29) and thus an automatic stay should occur. *See In re Vern L. Cameron*, No. 14-27927 (S.D. Fl. Aug. 7, 2014). By **NOON ON AUGUST 15**, the parties shall file a joint statement regarding the bankruptcy petition and its effect, if any, on this action.

Dated: August 8, 2014.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE