United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS, INC,

    Plaintiff,

v.

ACCOLADIAN RESOURCES, LLC; VERN CAMERON, an individual and dba ACCOLADIAN RESOURCES, WWW.ACCOLADIANS.COM, and WWW.ACCOLADIAN.COM, and DOES 1–10, inclusive,

    Defendants.

 /

No. C 14-00388 WHA

**ORDER RE STAY**

1. **VERN CAMERON.**

On August 7, defendant Vern Cameron filed for Chapter 7 bankruptcy. *See In re Vern L. Cameron*, No. 14-27927 (S.D. Fl. Aug. 7, 2014). It is undisputed that the action against Mr. Cameron should be stayed. *See* 11 U.S.C. 362. Accordingly, this action is **STAYED** as to Mr. Cameron.

2. **ACCOLADIAN RESOURCES.**

It is undisputed that defendant Accoladian Resources, LLC has not filed for bankruptcy. Plaintiff Adobe Systems, Inc. "would agree to a stay of the entire action" provided that Accoladian be required to file "quarterly status reports." Accoladian refuses to bear the expense of filing quarterly status reports but nonetheless seeks a stay of the entire action. The parties are ambiguous as to what they mean by "quarterly status reports." Accoladian contends that Adobe

seeks an explanation of the schedules filed in the Vern Cameron bankruptcy matter and the impacts, if any, on Accoladian Resources. Adobe states that it would seek to have the stay lifted in the event the bankruptcy proceeding is dismissed for any reason, including failure to file required schedules per court order.

A stay under Section 362 applies to actions against a debtor. On the present record, Accoladian is not a bankruptcy debtor. In addition, federal district courts have the inherent power to control their own dockets and calendars. No good cause has been proffered to stay the entire action. The request to stay the action as to defendant Accoladian Resources, LLC is **DENIED**. All existing deadlines remain in place. This, of course, is without prejudice to any fresh motion brought if things change.

**IT IS SO ORDERED.**

Dated: August 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE